**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**Spartanburg Division**

Pearl Adams
individually and behalf of all other
similarly situated;
Plaintiff,

-v.-

Meridian Financial Services, Inc.

Defendant(s).

C.A. No: 7-26-cv-2580

Please see Notice of Settlement attached.

July 23, 2026

Respectfully Submitted,
Consumer Justice Law Firm,
PLC

/s/ *Dawn Marie McCraw*
By: Dawn Marie McCraw
8095 N 85th Way
Scottsdale, AZ 85258
Phone: (602) 807-1527
Attorneys For Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**Spartanburg Division**

------------------------------------------------------------------------------------------------x

Pearl Adams
individually and behalf of all other similarly situated;

Civil Action No:
7-26-cv-2580

Plaintiff,

-v.-

Meridian Financial Services, Inc.

Defendants.

------------------------------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 23rd day of July, 2026

*/s/ Dawn McCraw*
Dawn M. McCraw (SC # 13710)
Consumer Justice Law Firm
8095 North 85th Way,
Scottsdale, AZ, 85258
dmccraw@consumerjustice.com
Phone: 602.807.1527
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 23, 2026 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dawn M. McCraw
Dawn M. McCraw